**TRUSTEES OF THE HIGHLANDS OF CHESTERFIELD, Appellant,**

v.

**Brian HAUGE and Susan Hanley, Respondents.**

No. ED 102609

Missouri Court of Appeals, Eastern District, *DIVISION THREE.*

Filed: October 20, 2015

Haig Gary Apoian, 16216 Baxter Rd., Ste. 350, Chesterfield, MO 63017, for Appellant.

Brian E. McGovern, 825 Maryville Center Dr., Ste. 300, Town and Country, MO

63017, Stephen G. Jeffery, 300 Ozark Trail Dr., Ste. 216, St. Louis, MO 63011, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### ORDER

PER CURIAM.

Trustees of the Highlands of Chesterfield ("Trustees") appeal the judgment dismissing their petition for an injunction filed against Brian Hauge and Susan Hanley. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).[1]

---

1. We deny Trustees' motion for attorney's fees, which was taken with the case.